IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited** *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>**Pete Marocco** *et al.*,<br><br>            Defendants. | **Civil Case No. 25-cv-1631** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Rural Development Innovations Limited, Solomon Chi, and Paul Olson move for a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65.1.

The grounds for this motion are stated more fully in the accompanying Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and the attached exhibits. A proposed order accompanies this filing.

March 21, 2025                                    Respectfully dubmitted,


  /s/*Bradley Girard*
Bradley Girard (DC Bar No. 1033743)
Joel McElvain (DC Bar No. 448431)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org
bgirard@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*