# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**Pete Marocco,** *et al.*,<br><br>    Defendants. | **Civil Case No. 25-cv-1631** |

### DECLARATION OF VICTOR MAKASA

I, Victor Makasa, declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Program Manager of Rural Development Innovations Limited (RDI).

2. RDI Rural Development Innovations is a consulting firm based in Lusaka, Zambia, which offers technical support to micro small and medium size enterprises, including farmers' cooperatives, women and youth led enterprises, associations, and various community-based organizations. It also offers program and project management services to development partners. It is a local technical partner for the United States African Development Foundation (USADF).

3. RDI was established in 2017 with the objective of providing high-quality innovative business development services to micro-, small-, and medium-sized enterprises in a diversified and commercially viable manner. The company is led by

1

a team of qualified Zambian nationals with expertise in different fields. RDI offers clients broad expertise in financial management, enterprise development, organizational capacity development, strategy development and implementation, project management, marketing, and market-access development.

4. In partnership with USADF, RDI aims to improve the livelihoods of low-income communities in Zambia by providing demand-driven innovative solutions to enterprises through technical training and business-development services.

5. RDI receives 100% of its funding from USADF. Its relationship began in 2017 with the execution of a five-year cooperative agreement. This agreement was renewed in January 2023 for an additional five-year term. The agreement provided for an annual noncompetitive renewal for each year within the five-year term. USADF renewed the agreement in 2023 and 2024, and the next renewal would have been due September 30, 2025.

6. On April 7, 2025, I received a notice of grant termination that was signed by Peter Marocco as "Acting Chairman and President" of USADF. The notice stated that Marocco had authorized the termination of USADF's cooperative agreement with RDI, effective immediately, because the agreement was "no longer consistent with the agency's priorities." The notice included a copy of a memorandum, also signed by Marocco as "Acting Chairman and President," stating that he had authorized "the termination of federal grants administered by the US African Development Foundation (USADF), effective April 4, 2025, in alignment with the agency's updated

priorities toward grants." A true copy of the memorandum and notice of grant termination is filed as Exhibit B along with this declaration.

7. Under Zambian law, employees are owed a notice of termination one month in advance of termination. Employees are also entitled to a redundancy package equivalent to two months' salary for each year they were employed. Given the termination of the agreement without prior notice, RDI is struggling to find funds to make these payments to employees. It is attempting to find a way to allocate its remaining funds to provide these separation payments to its employees, but will likely have no funds left after providing for these payments. In total, RDI owes approximately $100,000 (calculated in United States dollars) to its terminated employees for the one month of salary in advance of termination and the redundancy payments required under Zambian law. As of the date of the termination of its partner grant with USADF, however, RDI only retained approximately $24,000 (again calculated in United States dollars) in is accounts, leaving it unable to satisfy its obligations to its employees or to retain any funds permitting it to continues its operations, absent the restoration of its grant funding from USADF.

8. After receiving the notice of termination, RDI has attempted to contact USADF for advice on how to allocate its resources. RDI's regular contacts with the agency, however, have been removed from their positions, and RDI is unable to contact anybody at USADF who continues to have authority to provide it with guidance.

9. Ordinarily, RDI would ask its regular contacts with USADF for a disbursement from an account held by USADF, out of the total funding provided for under the partner grant. to cover its expenses for two or three months at a time. RDI is now unable to complete those requests, both because its agreement has been terminated and because it is unable to contact anyone at the agency who would have authority to make a disbursement.

10. RDI operates solely in Zambia. USADF is its only client. It does not receive funds from any entity other than USADF. Since receiving the notice of termination of its agreement with USADF, RDI has attempted to develop other sources of funding, but has been unsuccessful. Absent the restoration of its cooperative agreement with USADF, RDI will be forced to terminate its operations entirely. If RDI does not receive a notification that its cooperative agreement has been restored by June 30, 2025, it very likely will be unable to continue operating.

Lusaka, Zambia  
May 21, 2025

_____  
Victor Makasa

4