# Exhibit B



### UNITED STATES AFRICAN DEVELOPMENT FOUNDATION
### ACTION MEMORANDUM

April 4, 2025
**FROM:** Pete Marocco, Acting Chairman and President
**SUBJECT:** Authorization for Termination of Grant(s)

**Purpose:**

This memorandum authorizes the termination of federal grants administered by the US African Development Foundation (USADF), effective April 4, 2025, in alignment with the agency's updated priorities toward grants as well as the President's Executive Order 14238, *Continuing the Reduction of the Federal Bureaucracy*, issued on March 14, 2025.

**Action:**

I hereby authorize the termination of the attached federal grant(s), effective April 4, 2025, pursuant to the terms in the attached exhibit(s).

**Attachment:**
See the attached *Exhibit Grant Notice* for the template of the individual grant termination notice to be issued to each of the grantees.

**Contact:**
Questions regarding this action may be directed to team@usadf.gov.

**Sincerely,**

/s/ Peter Marocco

**Pete Marocco**
Pete Marocco
Acting Chairman and President
pmarocco@usadf.gov
1400 I St NW, Washington, DC 20004

**Attachment:** Exhibit Grant Notice



**UNITED STATES AFRICAN DEVELOPMENT FOUNDATION**

**NOTICE OF GRANT TERMINATION**

April 4, 2025

Victor Makasa

makasavictor@gmail.com

Dear USADF Grantee,

This letter provides notice that the United States African Development Foundation (USADF) is terminating your federal Grant No. 6609 effective April 4, 2025, in accordance with the termination clause in your Award Agreement.

USADF was created more than forty years ago to further America's interests by supporting our African partners through, among other initiatives, the issuance of grants. See 22 U.S.C. § 290h-2(a), 3. USADF takes its grant program seriously. And it complies with the terms of its grant agreements. Upon further review, USADF has determined that your Grant No. 6609 is unfortunately no longer consistent with the agency's priorities and no longer serves the interest of the United States and the USADF Program. USADF is repurposing its funding allocations in a new direction in furtherance of the President's agenda. The President's February 19, 2025 executive order mandates that USADF eliminate all non-statutorily required activities and functions. See Commencing the Reduction of the Federal Bureaucracy, E.O. 14217 (Feb. 19, 2025). Therefore, USADF hereby terminates your Grant No. 6609 in its entirety effective April 4, 2025.

Please remember that your obligations under the Award Agreement continue to apply. This includes the requirement to keep records three (3) years following the termination date and to file final reports within thirty (30) days of the termination date. Additionally, an audit may be conducted by USADF after the termination of the agreement. Title to all property purchased or improved with Award funds will remain with your organization per the terms of the Agreement. Please contact team@usadf.gov with only urgent questions. We wish you well.

Sincerely,

/s/ Pete Marocco

Pete Marocco

Acting Chairman and President

pmarocco@usadf.gov

1400 I St NW, Washington, DC 20004