# Exhibit F



**United States African Development Foundation (USADF) Board Transcript**

March 6, 2025

Location: United States African Development Foundation Offices

Attendees: Pete Marocco, Nate Cavanaugh, Ethan Shaotran, Justin Fox

Notetaker: Justin Fox

Pete Marocco requests an emergency board meeting. He would like to ask the USADF general counsel to certify that the meeting can be closed because it will solely concern personnel matters.

Call placed to USADF general counsel at 12:30PM ET who did not answer. Pete vote to close the meeting to the public. Meeting is now closed to the public.

Pete Marocco: The appointment of Ward Brem as board president was illegitimate and board members were acting in wrongful capacity. Therefore, the impersonating board president is terminated.

Pete Marocco appoints himself as acting president and CEO of the African development foundation

Meeting Closed