IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited** *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>**Pete Marocco** *et al.*,<br><br>  Defendants. | Civil Case No. 25-cv-1631 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for preliminary injunction, the accompanying brief, and the exhibits thereto it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are preliminarily enjoined from appointing Pete Marocco or any other person as an acting member of the Board of the United States African Development Foundation, and that Defendants may not appoint Pete Marocco or any other person as President of the United States African Development Foundation absent the approval of the Board of the United States African Development Foundation; and it is further

**ORDERED** that Defendants are preliminarily enjoined from recognizing the legal effect of any actions taken by Defendant Pete Marocco under his purported authority as an acting member of the Board of the United States African Development Foundation or as the President of the United States African Development

1

Foundation, including Marocco's actions purporting to terminate the United States African Development Foundation's contracts and grants and to terminate the employment of the United States African Development Foundation's employees.

**SO ORDERED.**

Dated: May \_\_\_\_, 2025

_____
UNITED STATES DISTRICT JUDGE