UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RURAL DEVELOPMENT INNOVATIONS LIMITED, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>PETER MAROCCO, *et al.*,<br><br>  Defendants. | Civil Action No. 25-1631 (RJL) |

## DEFENDANTS' CONSENT MOTION FOR A
## PRELIMINARY INJUNCTION SCHEDULING ORDER

Defendants, various government components and officials, including the President, sued in their official capacities, respectfully move the Court for an order establishing a schedule for Plaintiffs' motion for a preliminary injunction (ECF No. 7). Plaintiffs, through counsel, consent to the relief sought in this motion.

1. Plaintiffs filed this lawsuit challenging Peter Marocco's appointment as acting chair of the U.S. African Development Foundation Board of Directors and various actions that Marocco took as acting chair of the Foundation Board. See generally, Compl. (ECF No. 1). This case involves many of the same facts and legal issues as those in *Brehm v. Marocco*, Civ. A. No. 25-0660 (RC). Related Case (ECF No. 1-2).

2. On May 21, 2025, Plaintiffs filed a motion for a preliminary injunction. The parties have conferred and respectfully propose that the Court enter the following schedule for proceedings on the preliminary injunction:

   a. Defendant's Opposition: June 2, 2025

   b. Plaintiff's Reply: June 9, 2025

  c. Motion Hearing: June 11-13 at the Court's convenience.

  3. Defendants have requested more than the seven days contemplated under Local Rule 7(c) to file their opposition to accommodate counsel's Memorial Day weekend plans and reduced availability of attorney managers the U.S. Attorney's Office during the holiday weekend.

Dated: May 23, 2025
   Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ John J. Bardo
  JOHN J. BARDO, D.C. Bar #1655534
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 870-6770

*Attorneys for the United States of America*