UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RURAL DEVELOPMENT INNOVATIONS LIMITED, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PETER MAROCCO, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-1631 (RJL) |

**[PROPOSED] ORDER**

　　Upon consideration of Defendants' consent motion for a preliminary injunction scheduling order, and the entire record herein, it is hereby

　　ORDERED that Defendants' motion is GRANTED; and it is further

　　ORDERED that Defendants shall file an opposition to Plaintiffs' motion for a preliminary injunction by June 2, 2025, and Plaintiff shall file a reply by June 9, 2025; and it is further;

　　ORDERED that the Parties shall appear for a hearing on Plaintiff's motion on June __, 2025.

　　SO ORDERED.

_____                                                            _____
Date                                                                          RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge