IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Rural Development Innovations Limited, et al.
                Plaintiffs
                                    vs.                         Case No.: 1:25-cv-01631-RJL

Pete Marocco, in his purported official capacities as Acting Chair of the Board of the United States African Development Foundation and President of the United States African Foundation, et al.
                Defendants

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Complaint for Declaratory and Injunctive Relief; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Plaintiffs' Motion for Preliminary Injunction; and Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction with Exhibits

SERVE TO: Pete Marocco, in his purported official capacities as Acting Chair of the Board of the United States African Development Foundation and President of the United States African Foundation

SERVICE ADDRESS: 1400 I Street, NW, Washington, DC 20005

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pete Marocco, in his purported official capacities as Acting Chair of the Board of the United States African Development Foundation and President of the United States African Foundation, 1400 I Street, NW, Washington, DC 20005 on 05/27/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 5125 29. Service was signed for on 06/02/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/11/2025

*[signature]*

Carrie Hollingshed

Client Ref Number: Rural Development Innovations Limited, et al. v. Marocco, et al.
Job #:13393318

Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050

**UNITED STATES POSTAL SERVICE**

June 2, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 5125 29**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 2, 2025, 2:55 pm |
| **Location:** | WASHINGTON, DC 20005 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | PETE MAROCCO  PURPORTED ACTING CHAIR PRESIDENT |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: 1400 I ST NW, WASHINGTON, DC 20005

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pete Marocco, Purported Acting Chair/President
United States African Development Foundation
1400  I Street, NW
Washington, DC 20005
Reference #: 13393318