IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rural Development Innovations Limited, *et al.*,

  *Plaintiffs*,

v.

Pete Marocco, *et al.*,

  *Defendants*.

Civil Action No. 25-1631 (RJL)

**ORDER**

July 1st, 2025 [Dkt. #7]

For the reasons set forth in the accompanying Memorandum Opinion, plaintiffs' Motion for Preliminary Injunction [Dkt. #7] is **GRANTED IN PART AND DENIED IN PART**. Accordingly, it is hereby

**ORDERED** that Pete Marocco ("Marocco") is preliminarily enjoined from taking actions as the acting chairperson of United States African Development Foundation's ("USADF") Board of Directors and president; it is further

**ORDERED** that United States Department of Government Efficiency Service, Sergio Gor, Amy Gleason, Stephen Ehikian, Scott Bessent, and Douglas Burgum are preliminarily enjoined from implementing or giving effect to directives from Marocco that

1

he took in the capacity as the acting chairperson of USADF's Board of Directors and president of USADF.

**SO ORDERED.**

                                                      RICHARD J. LEON
                                                      United States District Judge