# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited,** *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>**Pete Marocco,** *et al.*,<br><br>          Defendants. | **Civil Case No. 25-cv-1631** |

## DECLARATION OF VICTOR MAKASA

I, Victor Makasa, declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Program Manager of Rural Development Innovations Limited (RDI).

2. RDI is a consulting firm based in Lusaka, Zambia, which offers technical support to micro small and medium size enterprises, including farmers' cooperatives, women and youth led enterprises, associations, and various community-based organizations. It also offers program and project management services to development partners. It is a local technical partner for the United States African Development Foundation (USADF).

3. RDI operates solely in Zambia. USADF is its only client. RDI receives 100% of its funding from USADF.

1

4. RDI relies on USADF for more than payments of invoices. Ordinarily, RDI interacts with USADF staff on a daily basis. In recent months, we have interacted with USADF staff on a weekly basis. Those interactions include updates on USADF's return to operating status, how RDI can share information with partners and USADF, how RDI should submit specific expenses, and guidance on continuing implementation of our cooperative agreement.

5. RDI also regularly interacts with USADF's local Zambia office. Among other things, that interaction includes guidance and support on office maintenance, office security, and office rentals.

6. I am currently unable to communicate with and receive necessary guidance from USADF staff, either in the United States or in Zambia.

7. RDI is awaiting guidance from USADF on submitting invoices for payment of our staff benefits. Those staff benefits, which are overdue and required by local law, include unpaid staff salaries from the time that Pete Marocco cancelled our cooperative agreement. This guidance is particularly urgent.

8. RDI has no other funds to pay its staff benefits.

9. If RDI is unable to pay its staff benefits, it will be subject to legal liability. And because all of RDI's funds come from USADF, that legal liability threatens RDI's existence.

10. RDI also relies on USADF to pay its regular operating costs. Those costs include office space, staff support, and security.

11. It appears that there is no longer anyone at USADF to communicate with, including to receive guidance and to discuss making sure that RDI is continuing to satisfy its legal obligations and obligations under its cooperative agreement.

12. Without staff at USADF, the cooperative agreement will be practically impossible to work or implement.

Lusaka, Zambia  
December 18, 2025

_____  
Victor Makasa