IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Pete Marocco** *et al.*, <br><br> Defendants. | Civil Case No. 25-cv-1631 |

**OPPOSITION TO MOTION FOR EXTENSION OF TIME**

 Plaintiffs oppose Defendants' motion for an extension of time. While Plaintiffs are sympathetic to opposing counsel's time off for the holidays, this is an urgent situation of Defendants' own creation. Defendants assure the Court that RDI "will continue to receive" all payments that the Government owes it. Mot. 2. But as explained in Plaintiffs' motion (at 3-4), that is an empty promise—RDI requires regular interactions with and guidance from USADF's staff, *including* guidance on how to seek and receive overdue payments. Because Marocco has, once again, effectively shut down USADF, RDI has not been returned to the status quo, as this Court's order required. RDI should not continue to be harmed so that Defendants can have 24 days to respond.

 For these reasons, the Court should deny the motion.

December 23, 2025             Respectfully submitted,

1

                 _/s/ Bradley Girard_
                 Bradley Girard (DC Bar No. 1033743)
                 Joel McElvain (DC Bar No. 448431)
                 Robin F. Thurston (DC Bar No. 1531399)
                 Skye Perryman (DC Bar No. 984573)
                 Democracy Forward Foundation
                 P.O. Box 34553
                 Washington, DC 20043
                 (202) 448-9090
                 bgirard@democracyforward.org
                 jmcelvain@democracyforward.org
                 rthurston@democracyforward.org
                 sperryman@democracyforward.org

                 *Counsel for Plaintiffs*