UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RURAL DEVELOPMENT INNOVATIONS LIMITED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PETER MAROCCO, *et al.*, <br><br> Defendants. | Civil Action No. 25-1631 (RJL) |

## DECLARATION OF PETER MAROCCO

I, Peter Marocco, state under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct based on my personal knowledge.

1. I have reviewed Plaintiffs' Motion to Reconsider (ECF No 36) and the declarations of Elizabeth Feleke and Victor Makasa that are attached to the motion as exhibits A and B respectively.

2. USADF has repeatedly reached out to RDI by phone and email, including their business listed Gmail account, which is not supported by USADF, but in the last two weeks, RDI has not been responsive.

3. I have personally reached out to all known RDI contact information as recent as January 5, 2026. RDI's unresponsiveness is not at the control, duty or decision of USADF or Defendants. On November 21, December 1, 4, 16, 17, 2025 and again on January 6, 2026, I confirmed with the Department of Treasury that payments to RDI were authorized.

4. It was not until earlier today, January 7, 2026, when I received an email from Mr. Makasa of RDI stating "Thank you for reaching out. Given the ongoing court case, we think it would be best for communication to go through counsel."

5. On numerous occasions, and specifically again yesterday, I reached out to the Department of Treasury to verify that there are no pending payment requests from RDI that have not been paid.

6. The process for payment is simple. The Grantee for RDI or the individual submitting the request needs to send the supporting documentation to me. I then send the invoice to Treasury with my authorization and Treasury approves in its internal verification system. Once reviewed and approved within Treasury's system, payment is processed, RDI can send any claims or billing or support requests directly to pmarocco@usadf.gov or Claims_support@usadf.gov.

7. RDI, as with any contractor or grantee may currently submit an invoice through the portal form and can also submit the invoice to: pmarocco@usadf.gov or Claims_support@usadf.gov.

8. Furthermore, the email addresses and portal submission form are currently posted on the public website USADF.gov.

9. USADF employees and contractors can perform financial transactions and many foreign bank accounts are active and accessible. I am currently (within the last 24 hours), and have been, performing financial authorizations and the Treasury has been successfully executing them since the modification to the order on the preliminary injunction.

10. USADF has made new obligations of funds and payments since the order. Properly submitted invoices are not "automatically rejected" as asserted.

11. RDI can communicate with me or the Foundation whenever it chooses though it has not been responsive.

12. USADF is able to pay RDI invoices, which will be considered for approval quickly, and paid by the Treasury.

January, 7 2026                                                                                                          */s/Peter Marocco*
Date                                                                                                                          Peter Marocco