UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RURAL DEVELOPMENT INNOVATIONS LTD,<br><br>   Plaintiffs,<br><br>  v.<br><br>PETER MAROCCO, et al.,<br><br>   Defendants. | Civil Action No. 25-1631 (RJL) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to reconsider modification of the preliminary injunction, or in the alternative, to enforce compliance, Defendants' opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

SO ORDERED.

_____                                           _____
Dated                                                                    RICHARD J. LEON
                                    United States District Judge