# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited** *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**Pete Marocco** *et al.*,<br><br>　　　　Defendants. | **Civil Case No. 25-cv-1631** |

### SUPPLEMENTAL DECLARATION OF VICTOR MAKASA

　　I, Victor Makasa, declare under penalty of perjury under the laws of the United States of America, including 28 U.S.C. § 1746, that the following is true and correct:

　　1.　I am the Program Manager of Rural Development Innovations Limited (RDI).

　　2.　After the Court narrowed its preliminary-injunction order, RDI did not receive any communication from Pete Marocco until January 2026.

　　3.　I have reviewed Defendants' opposition to Plaintiffs' motion, along with the accompanying declaration of Pete Marocco, both filed on January 7. The motion and declaration state that Marocco repeatedly tried to contact RDI by phone and email.

　　4.　I believe that, at most, Marocco attempted to contact RDI three times, all in the first week of January.

5. On Friday, January 2, RDI had one missed call from an international phone number. I could not tell from the number if it was from Marocco or any other Defendants and the caller did not leave a message.

6. Also on Friday, January 2, RDI received an email from someone claiming to be Pete Marocco referencing RDI payments. The email was not sent from an official USADF account so I was unsure of its authenticity.

7. On Tuesday, January 6, at 11:38 p.m. Central Africa Time, I received an email from pmarocco@usadf.gov. The email stated in its entirety: "Please respond to this email at your earliest convenience. USADF has been trying to contact RDI repeatedly without success. Please provide any updated contact information. Please send any claims or requests for information or assistance back to all of the emails listed above."

8. The next day, Wednesday January 7, I responded to that email. Because Marocco is one of the Defendants in RDI's lawsuit, and according to the court's order not in charge of USADF, I asked that any communication from him go through counsel. Neither I nor my counsel have received any follow-up.

Lusaka, Zambia  _____
January 13, 2026  Victor Makasa