IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Rural Development Innovations Limited** *et al.*,

Plaintiffs,

**v.**

**Pete Marocco** *et al.*,

Defendants.

**Civil Case No. 25-cv-1631**

## [PROPOSED] ORDER

For the reasons stated in the court's Memorandum Opinion, Dkt. No. __, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** and Defendants' Motion for Summary Judgment is **DENIED**. It is further

**DECLARED** that the purported appointment of Pete Marocco to the Board of the United States African Development Foundation was unlawful under Article II of the U.S. Constitution and the Federal Vacancies Reform Act, 5 U.S.C. § 3345 *et seq.*, and was therefore without legal effect. It is further

**DECLARED** that members of the USADF Board may not be appointed except in accordance with Article II of the U.S. Constitution. It is further

**DECLARED** that the FVRA does not permit the appointment of acting Board members to the USADF Board. It is further

**ORDERED** that Pete Marocco is **ENJOINED** from serving as "acting" Board Member of the USADF Board and from carrying out any of the duties of that position

1

in any way absent a lawful appointment under Article II of the U.S. Constitution. It is further

ORDERED that Pete Marocco is ENJOINED from serving as President and CEO of USADF and from carrying out any of the duties of that position in any way absent a lawful appointment to that position. It is further

ORDERED that Defendants Pete Marocco, Sergio Gor, Amy Gleason, Stephen Ehikian, Scott Bessent, Douglas J. Burgum, the U.S. DOGE Service, the U.S. DOGE Service Temporary Organization, and their successors, subordinates, and agents are ENJOINED from giving effect to any directive, order, or action taken by Pete Marocco pursuant to his alleged authority as USADF Board Member or USADF President and CEO until he is lawfully appointed under Article II of the U.S. Constitution.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

SO ORDERED.

Dated: January ____, 2026

_____
The Hon. Richard J. Leon
United States District Judge

2