# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited** *et al.*<br><br>           Plaintiffs,<br><br>v.<br><br>**Pete Marocco** *et al.*,<br><br>           Defendants. | **Civil Case No. 25-cv-1631** |

### DECLARATION OF ELISABETH FELEKE

I, Elisabeth Feleke, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Chief Program Officer at the United States African Development Foundation (USADF).

2. I am one of two members of USADF's Management Committee—put in place by the former Board of Directors to lead USADF until a permanent President and CEO is hired.

3. The Management Committee was initially composed of three members—the Chief Program Officer, the Chief Financial Officer, and the General Counsel.

4. The Chief Financial Officer has recently resigned from USADF.

1

5. The Management Committee oversees the operations of USADF, including by supervising USADF's employees. The Management Committee oversees and directs the work of USADF employees Paul Olson and Solomon Chi.

6. Since December 2025, I have not had access to USADF's technology systems, including my official USADF email. Pete Marocco locked me and other staff out of USADF's technology and physical office space.

7. On February 17, 2026, I received in my personal email a letter from Marocco with the subject line "Advanced Written Notice of Proposed Removal," effective 30 days after my receipt of the letter.

8. In the letter, Marocco states that he is seeking to remove me from my position based on "multiple charges of Conduct Unbecoming a Federal Supervisor" and "being Absent Without Leave."

9. Among other allegations, Marocco faulted me for actions I took in my role on the Management Committee and for not responding to demands he sent to my personal email address.

10. I have since learned that on February 20, 2026, USADF's General Counsel received a similar notice of proposed removal from Marocco, which would also be effective 30 days after her receipt of that letter.

11. If I am removed along with USADF's General Counsel, there will be nobody on the Management Committee. That means there will be nobody with the legal authority to run the agency, including by supervising the agency's employees

like Paul Olson and Solomon Chi and by administering the agency's partnership grant agreement with Rural Development Innovations, Limited.

| | |
|---|---|
| Washington, DC | /s/ Elisabeth Feleke |
| February 24, 2026 | Elisabeth Feleke |