# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Rural Development Innovations Limited** *et al.*<br><br>       Plaintiffs,<br><br>v.<br><br>**Pete Marocco** *et al.*,<br><br>       Defendants. | **Civil Case No. 25-cv-1631** |

### DECLARATION OF ELISABETH FELEKE

I, Elisabeth Feleke, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.   I am the Chief Program Officer at the United States African Development Foundation (USADF).

2.   I am one of two members of USADF's Management Committee—put in place by the former Board of Directors to lead USADF until a permanent President and CEO is hired.

3.   On February 17, 2026, I received in my personal email a letter from Marocco with the subject line "Advanced Written Notice of Proposed Removal."

4.   On March 10, I received a Reduction in Force notice, purporting to terminate my employment effective April 9, 2026.

5.   On March 9, 2026, I learned that Marocco had sent Reduction in Force notices to all but three USADF employees.

1

6. Three employees did not receive RIF notices. One of the employees has been directed by Marocco to recover overseas assets and to shut down all USADF field offices. The other two employees who did not receive RIF notices are Solomon Chi and Paul Olson, Plaintiffs in this case.

7. I understand that Olson and Chi did not receive RIF notices because Marocco determined that they abandoned their positions when they did not respond to emails he sent to their personal email addresses.

8. If I am removed (along with USADF's General Counsel), there will be nobody on the Management Committee. That means there will be nobody with the legal authority to run the agency, including by supervising employees like Paul Olson and Solomon Chi.

9. If Marocco's RIFs take effect, there will be nobody to carry out any of USADF's legal duties, including working with Plaintiff RDI to carry out the terms of its grant.

Washington, DC  /s/ Elisabeth Feleke
March 10, 2026  Elisabeth Feleke