## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Rural Development Innovations Limited** *et al.*,

Plaintiffs,

**v.**

**Pete Marocco** *et al.*,

Defendants.

**Civil Case No. 25-cv-1631**

## PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE AND AN EMERGENCY STATUS CONFERENCE

As explained in Plaintiffs' opposition to Defendants' motion to clarify and response to Defendants' status report, ECF No. 50, Defendants have flouted this Court's order for over a month. Defendants have not outlined any good-faith attempts to implement the order. Instead, they state—without any details at all—that they are following two-thirds of the order and argue that following the rest would itself be a violation of the law. Their threadbare factual assertions are false. And their legal arguments are baseless. As a result, USADF is still unable to function and the agency's leadership are unable to reverse Defendants' actions—even as Defendants continue to implement Marocco's illegal orders.

Plaintiffs respectfully request that the Court order Defendants to show cause by April 16, at 6:00 p.m., why they are not violating the Court's March 13 order. In addition, Plaintiffs request that the Court schedule an emergency status conference

1

when the Court's schedule allows and order an official from Defendant Department of Treasury to attend and explain why Treasury continues to give effect to Marocco's orders. Defendants oppose this motion.

April 15, 2026                              Respectfully submitted,

                                           _/s/ Bradley Girard_____
                                           Bradley Girard (DC Bar No. 1033743)
                                           Joel McElvain (DC Bar No. 448431)
                                           Robin F. Thurston (DC Bar No. 1531399)
                                           Skye Perryman (DC Bar No. 984573)
                                           Democracy Forward Foundation
                                           P.O. Box 34553
                                           Washington, DC 20043
                                           (202) 448-9090
                                           bgirard@democracyforward.org
                                           jmcelvain@democracyforward.org
                                           rthurston@democracyforward.org
                                           sperryman@democracyforward.org

                                           *Counsel for Plaintiffs*