UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RURAL DEVELOPMENT INNOVATIONS LIMITED, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>PETER MAROCCO et al.,<br><br>       Defendants. | Civil Action No. 25-1631 (RJL) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's April 28, 2026 Order (ECF No. 55), Defendants respectfully submit this status report apprising the Court of their compliance with the Court's March 13, 2026 Order (ECF No. 47).

1.    The U.S. Africa Development Foundation's leadership that was in place prior to November 19, 2025 has been given access to some of their IT systems and efforts are being made to restore their access to others.

2.    The undersigned counsel has contacted Peter Marocco asking him to restore access to the USADF.gov domain to the prior leadership consistent with the Court's order.

3.    The Department of the Treasury has restored the Foundation employees' access to the relevant Treasury payment systems.

4.    Pursuant to the Court's April 28, 2026 order, Defendants will provide a further update on June 11, 2026.

Dated: May 12, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ John J. Bardo*
     JOHN J. BARDO, D.C. Bar #1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-0828

*Attorneys for the United States of America*