UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RURAL DEVELOPMENT INNOVATIONS
LIMITED, et al.,

       Plaintiffs,

   v.

PETER MAROCCO et al.,

       Defendants.

Civil Action No. 25-1631 (RJL)

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's April 28, 2026 Order (ECF No. 55), Defendants respectfully submit this status report apprising the Court of their compliance with the Court's March 13, 2026 Order (ECF No. 47).

1.      Treasury has restored access to the current foundation leadership to the extent technologically possible. To the extent technical issues have arisen, Treasury officials have worked with the Foundation to address them.

2.      Access to most Information Technology systems has been restored.

3.      Pursuant to the Court's April 28, 2026 order, Defendants will provide a further update on July 13, 2026.

\*     \*     \*

Dated: June 11, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   /s/ John J. Bardo
      JOHN J. BARDO, D.C. Bar #1655534
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-0828

*Attorneys for the United States of America*

2