UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RURAL DEVELOPMENT INNOVATIONS
LIMITED, et al.,

   Plaintiffs,

  v.            Civil Action No. 25-1631 (RJL)

PETER MAROCCO et al.,

   Defendants.

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's April 28, 2026 Order (ECF No. 55), Defendants respectfully submit this status report apprising the Court of their compliance with the Court's March 13, 2026 Order (ECF No. 47).

1. Defendants have fully restored access to all Treasury payment systems and access to all IT systems to the U.S. Africa Development Foundation Leadership that was in place before Peter Marocco began leading the Foundation in November 2025.

2. Defendants respectfully request that the Court relieve them of their obligation to file further status reports. As evidence by the fact that Defendants have not filed a Notice of Appeal, Defendants do not intend to litigate this case further.

\*  \*  \*

Dated: July 13, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ John J. Bardo*
     JOHN J. BARDO, D.C. Bar #1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-0828

*Attorneys for the United States of America*

2