UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RURAL DEVELOPMENT INNOVATIONS LIMITED, et al.,

Plaintiffs,

v.

PETER MAROCCO et al.,

Defendants.

Civil Action No. 25-1631 (RJL)

**JOINT STATUS REPORT**

Pursuant to the Court's October 23, 2026 Order (ECF No. 47), the Parties respectfully submit this status report apprising the Court of the status of Defendants' compliance with the Order.

**Defendants' position**:

1. Defendants have fully implemented the Court's Memorandum Order (ECF No. 55).

2. On August 27, 2026 the Senate confirmed President Trump's nomination of Frank Garcia to be a member of the U.S. Africa Development Foundation Board. Mr. Garcia is currently the Foundation's only board member.

3. Although the Foundation does not have a president, Elisabeth Feleke, the Foundation's Chief Program Officer is running the day-to-day operations of the Foundation.

4. Because the Court has already entered the permanent injunction that Plaintiffs sought, Defendants are complying with the injunction and Plaintiffs raise no basis to question Defendants' compliance with the injunction, the Court should not require any additional status repots.

**Plaintiffs' position**:

5. Plaintiffs are currently unaware of any information indicating that Defendants would be out of compliance with the Court's Order. But given Defendants' failure to file monthly status reports since July 2015, *see* ECF 55 at 6, ECF 59, Plaintiffs' knowledge of Defendants' compliance is limited.

6. Because there is only one board member, the USADF Board lacks a quorum to act. *See* 22 U.S.C. § 290h-5(c).

7. Until there is a USADF Board that can legally direct USADF, Plaintiffs request that the Court require Defendants to file monthly status reports that meaningfully describe Defendants' ongoing compliance.

Dated: November 13, 2026
Washington, DC

*/s/ DRAFT*
Bradley Girard (DC Bar No. 1033743)
Joel McElvain (DC Bar No. 448431)
Robin F. Thurston (DC Bar No. 1531399)
Skye Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bgirard@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ John J. Bardo
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*